# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GARDNER,<br><br>  Plaintiff,<br><br>  vs.<br><br>NURSE HYO N. LEE, DEP. WALTON, SR. DEP. MARTIN, DEP. SEPULVEDA, DEP. TRUONG, DR. WILBUR WILLIAMS, PATRICK PAIK, COUNTY OF LOS ANGELES, CAPT. ANTHONY WARD, CAPT. DANIEL CRUZ, and DOES 2 through 8,<br><br>  Defendants. | Case No. CV08-07608 JFW (RZ)<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice without cost to any party.

The Clerk shall mail, FAX or e-mail a copy of this Order to all counsel and to plaintiff.

DATED: November 24, 2010        _____
                               JOHN F. WALTER
                               United States District Judge

-1-
ORDER OF DISMISSAL